IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK S. GALVIN**                                                    **PLAINTIFF**
**ADC #163461**

v.                   **CASE NO. 5:18-CV-00316 BSM**

**WENDY KELLEY, et al.**                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 4] are adopted. This case is dismissed without prejudice as frivolous, and dismissal of this lawsuit counts as a strike for the purposes of 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of February 2019.

                                                           UNITED STATES DISTRICT JUDGE